CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00076-RFB-NJK |
| Plaintiff, | *SEALED* |
| v. | **Motion to Unseal Case** |
| IVAN PATINO-JIMENEZ, | |
| Defendant. | |

The United States of America, by and through its attorneys, Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about March 23, 2022, a Complaint was filed with the Court, charging Mr. Patino-Jimenez with violation of 8 U.S.C. § 1326(a), Deported Alien Found Unlawfully in the United States. *See* ECF No. 1, 2:22-mj-00218-DJA.

2. Mr. Patino-Jimenez made an initial appearance before the Court on or about March 28, 2022, and was ordered detained pending trial. *Id*. at ECF Nos. 6, 13. Mr. Patino-Jimenez remains detained by the U.S. Marshals Service.

3.  Mr. Patino-Jimenez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for May 19, 2022. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4.  Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 21st day of April, 2022.

          CHRISTOPHER CHIOU
          Acting United States Attorney

          /s/ *Jared L. Grimmer*
          JARED L. GRIMMER
          Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN PATINO-JIMENEZ,<br><br>　　　　Defendant. | Case No. 2:22-cr-00076-RFB-NJK<br>　　　　　*SEALED*<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Ivan Patino-Jimenez,* is unsealed.

**DATED** this  22nd  day of  April , 2022.

By the Court:

_____
Honorable Richard F. Boulware, II
United States District Judge